Concur —
Capozzoli, J. P., Markewich, Nunez, McNally and Tilzer, JJ.

In the Matter of LINO PICCONI, Respondent, v. ROBERT O. LOWERY, as Fire Commissioner of the City of New York, Appellant.—

Concur — Eager, J. P., Capozzoli, McGivern and Markewich, JJ.

JACK LINDNER, Respondent, v. ARTHUR B. WITTY, Appellant, et al., Defendants.—

Concur — Stevens, P. J., Markewich, McNally, Steuer and Tilzer, JJ.

IRENE KRIEGSMAN et al., Respondents, v. CLARA ROSENFELD et al., Defendants, and MORTON M. ROSENFELD, Individually, and as Trustee, et al., Appellants.—

Concur — Eager, J. P., Markewich